Aeropajita Alconedo OMANA;
et al., Petitioners,

v.

Alberto R. GONZALES, Attorney
General, Respondent.

No. 06–75272.

United States Court of Appeals,
Ninth Circuit.

Submitted April 4, 2007 *.

Filed April 9, 2007.

Guadalberto Virgilio Rojas–Santos,
Whittier, CA, pro se.

Guadalupe Isabel Santos–Ambrosio,
Whittier, CA, pro se.

CAC–District Counsel, Esq., Office of
the District Counsel, Department of
Homeland Security, Los Angeles, CA,
Ronald E. LeFevre, Chief Counsel, Office
of the District Counsel, Department of
Homeland Security, San Francisco, CA,
OIL, DOJ–U.S. Department of Justice,
Civil Div./Office of Immigration Lit.,
Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER and
BEA, Circuit Judges.

MEMORANDUM **

Respondent's motion for summary dis-
position is granted because the questions
raised by this petition for review are so

insubstantial as not to require further ar-
gument. *See United States v. Hooton,* 693
F.2d 857, 858 (9th Cir.1982) (per curiam)
(stating standard). The Board of Immi-
gration Appeals did not abuse its discre-
tion when it denied petitioners' untimely
motion to reconsider. *See* 8 C.F.R.
§ 1003.2(b)(2); *Lara–Torres v. Ashcroft,*
383 F.3d 968, 972 (9th Cir.2004), *amended
by* 404 F.3d 1105 (9th Cir.2005) (denials of
motions to reconsider reviewed for abuse
of discretion). Accordingly, this petition
for review is denied.

All other pending motions are denied as
moot. The temporary stay of removal con-
firmed by Ninth Circuit General Order
6.4(c) shall continue in effect until issuance
of the mandate. The motion for stay of
voluntary departure, filed after the depar-
ture period had expired, is denied. *See
Garcia v. Ashcroft,* 368 F.3d 1157 (9th
Cir.2004).

**PETITION FOR REVIEW DENIED.**

---

* This panel unanimously finds this case suit-
able for decision without oral argument. *See*
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.